UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:

JOHN THOMPSON,

Chapter 13

Case No. 18-46956

Debtor(s)
------------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

1042 E. 93RD STREET, BROOKLYN, NEW YORK 11236
*[Identify the Property]*

5225
*[Last 4 Digits of Loan Number]*

SETERUS, INC., 14523 SW Millikan Way, Suite 200, Beaverton, OR 97005
*[Creditor's Name and Address]*

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: s/John Thompson        Date: December 21, 2018

Print Name: John Thompson
*[First and Last Name]*

Telephone Number: 718-479-9500
*[i.e. 999-999-9999]*

E-mail Address [if any]: cooperlegal@aol.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In Re:                                            Chapter 13

    John Thompson,                        Case No. 18-46956

                             Debtor,
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Belinda Bishop, being duly sworn deposes and says:

I am not a party to this action; I am over 18 years of age, I reside in Queens, New York.

On December 21, 2018, I served the attached loss mitigation request by debtor regarding John Thompson, Debtor, case number 18-46956 upon the following parties:

Michael J. Macco
Trustee
2950 Expressway Drive South
Suite 109
Islandia, New York 11749

Office of the United States Trustee
201 Varick Street
Suite 1006
New York, New York 10014

Rupp Baase Pfalzgraft Cunningham LLC
Attorneys for Hamilton Equity Group, LLC
1600 Liberty Building
Buffalo, New York 14202-3694
Attn: Kyle C. DiDone

American Express Centurio
P.O. Box 297871
Fort Lauderdale, FL 33329


Discover Financial
P.O. Box 15316
Wilmington, DE 19850


Federal National Mortgage
3900 Wisconsin, NW
Washington, DC 20016


Onewest Bank
6900 Beatrice Drive
Kalamazoo, MI 49009


Rupp, Baase, Pfalzgraf
Cunningham & Coppola LLC
1600 Liberty Blvd.
Buffalo, NY 14202


Small Business Admin
801 Tom martin Drive
Suite 120
Birmingham, AL 35211

by electronically and be depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

s/Belinda Bishop
Belinda Bishop

Sworn to before me this
21st day of December, 2018

s/Beverly Perkins
NOTARY PUBLIC