# KOZENY & MCCUBBIN, L.C. LLC
ATTORNEYS AT LAW

Tel: 314-991-0255

12400 Olive Blvd
Suite 555
Saint Louis, Missouri 63141

Fax: 314-567-8019

June 6, 2019

VIA ELECTRONIC FILING

Honorable Carla E. Craig
United States Bankruptcy Court
271-C Cadman Plaza East
Suite 1595
Brooklyn, NY 11201-1800

**Re:** **John Thompson**
**Creditor:** **Specialized Loan Servicing, LLC as servicer for MTGLQ Investors, L.P.**
**Chapter:** **7**
**Case:** **1-18-46956-cec**

Dear Judge Craig,

    Our office represents Specialized Loan Servicing, LLC as servicer for MTGLQ Investors, L.P., a secured creditor of the above referenced Debtor.

    Debtor has provided documentation to begin the loss mitigation review. Specialized Loan Servicing is currently reviewing the letter appealing the Loss Mit denial Letter provided and has not yet rendered a decision.

    Please contact the undersigned at nybk@km-law.com should this court have any questions.

Very truly yours,
Kozeny & McCubbin, L.C. LLC

 /s/ Wesley T. Kozeny
Wesley T. Kozeny, Esq.